JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CATHERINE THOMSEN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>SELIGMAN WESTERN ENTERPRISES, LTD., a corporation; DOES 1-10, business entit(ies), form(s) unknown; DOES 11-20, individual(s); and DOES 21-30, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-05824 SVW (RAOx)<br><br>**ORDER TO STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)**<br><br>*(Filed Concurrently with the Parties' Stipulation of Dismissal with Prejudice)* |

## ORDER OF DISMISSAL

The Court having considered the stipulation of the parties, and good cause appearing, orders as follows:

1. Pursuant to the stipulation of the parties under FRCP 41(a)(1)(A), the action is dismissed in its entirety with prejudice as to all claims and causes of action.
2. Each party shall bear their own costs and attorneys' fees

IT IS SO ORDERED.

Dated: November 3, 2022

                                                   Honorable Stephen V. Wilson
                                                 United States District Court Judge

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4864-0954-8601.1

[PROPOSED] ORDER TO STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)